IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA   )
                              )      CRIMINAL ACTION NO.
    v.                 )        2:18cr413-MHT
                              )           (WO)
ROCKTICA HUDSON        )


PRETRIAL DIVERSION ORDER

Upon consideration of defendant Rocktica Hudson's
acceptance into the Pretrial Diversion Program and of
the joint motion for approval of pretrial diversion
(doc. no. 34), and based on the representations made on
the record on March 19, 2019, it is ORDERED as follows:

(1) Said motion is granted.

(2) The jury selection and trial of defendant
Rocktica Hudson are continued generally. The
indictment will remain pending against defendant
Hudson.

(3) The Speedy Trial Act is tolled pursuant to 18
U.S.C. § 3161(h)(2) based on the finding that the ends
of justice served by continuing this case outweigh the

best interest of the public and defendant Hudson in a speedy trial, *see* 18 U.S.C. § 3161(h)(7)(A).

(4) The clerk of the court is to close this case against defendant Hudson as of today's date, pursuant to the Criminal Statistical Reporting Guide of the Administrative Office of Courts Statistical Division.

(5) Upon completion or termination of pretrial diversion, the court will enter further orders regarding the charges against defendant Hudson.

It is further ORDERED that the joint motion for approval of pretrial diversion (doc. no. 34) is unsealed. The parties agree that all proceedings connected to defendant Hudson's pretrial diversion should not be sealed.

DONE, this the 20th day of March, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE