IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr413-MHT |
| | ) | (WO) |
| ROCKTICA HUDSON | ) | |

## JUDGMENT

Because defendant Rocktica Hudson has successfully completed the Pretrial Diversion Program, it is ORDERED that the government's motion to dismiss the indictment (doc. no. 38) is granted; the indictment (doc. no. 1) against defendant Rocktica Hudson is dismissed with prejudice; and defendant Hudson is discharged.

All other pending motions are denied as moot.

DONE, this the 18th day of March, 2020.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE